IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 07-po-00003-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARTINO WIDJAJA,

    Defendant.

---

ORDER

---

    This matter came on for trial to the Court on February 6, 2007. Wyatt Angelo, AUSA appeared for the Government; the Defendant Martino Widjaja appeared pro se, the Court having denied, after consideration of Rule 58 of the Federal Rules of Criminal Procedure the Defendant 's request for court appointed counsel, the Court having determined that in the event of conviction no sentence of imprisonment would be imposed on the Defendant.

    The Court finds that the Government has proven, beyond a reasonable doubt, that on November 27, 2006, the Defendant Martino Widjaja possessed a firearm, while on property under the charge and control of the Veteran's Administration, specifically the Veteran's Administration Medical Center, located at 2121 North Avenue, Grand Junction, Colorado, in the state and District of Colorado, and on November 27, 2006 the Defendant was not a federal or state law enforcement officer on official business.

    Michael O'Bannon, a medical technologist at the VA Medical Center and co-worker of the Defendant, testified that on November 27, 2006 at about 11:00AM he saw a fanny pack hanging on a hook on a wall of the men's restroom on the second floor of the Veteran's Administration Medical Center in the lab section. O' Bannon testified that after hanging his coat on an adjacent hook he became concerned, after bumping the fanny pack, that there was a weapon in the fanny pack. O'Bannon testified that he opened the fanny pack and saw the butt of a pistol inside the fanny pack. He reported his discovery to his supervisor Pat White. Supervisor White alerted the VA police. VA police (Officers Eisenach and Hill) went to the area of the men's bathroom with O'Bannon, retrieved the fanny pack identified by O'Bannon from the hook on the men's bathroom wall, opened the fanny pack and found inside the fanny pack a Smith and Wesson  semi-automatic 9 mm.

blue steel weapon with loaded magazine. There were no rounds of ammunition in the chamber of the weapon. The VA police officers also found in the fanny pack the Defendant's VA ID badge on a laniard, a transit bus pass, a Veteran's Administration canteen charge card, a fleece face mask, personal medications, and coins wrapped in two socks.

The Defendant in this same time period had reported to his supervisor Pat White that his fanny pack was missing. The Defendant was advised by Supervisor White to report the missing fanny pack to the VA police, which the Defendant did. After VA police officers Eisenach and Hill retrieved the fanny pack from the men's bathroom, they questioned the Defendant, in an office at the VA Medical Center, about the Defendant's missing fanny pack. The Defendant described for the officers all the items found in his missing fanny pack, except the gun. When the Defendant was advised by the officers that his fanny pack had been located and that it also contained a gun, the Defendant stated to the police officers that he did not know there was a pistol in the fanny pack. The Defendant admitted to owning the pistol found in the fanny pack, which he had purchased at Big J Jewelry and Loan in Grand Junction, Colorado.

The Defendant told the officers that he usually kept the gun locked in his truck, to which only he had the key, and that he almost always had his pack with him. When questioned by Officer Hill how the gun could have gotten into the pack, the Defendant shrugged his shoulders.

Officer Eisenach testified that on December 7, 2006, he fired the gun and that it "functioned fine". The gun found in the Defendant's fanny pack is found to be a firearm.

Signs posted at the main entrance to the VA Hospital state that the possession of firearms on VA property is not permitted and is against the law.

The Court accordingly finds that the fanny pack found on the hook on the men's bathroom wall of the VA Medical Center on November 27, 2006 was the fanny pack of the Defendant Martino Widjaja. The gun found inside the fanny pack was the semi-automatic weapon owned by the Defendant. Although the fanny pack containing the gun was not found on the person of the Defendant on November 27, 2006 and although the Defendant denied knowledge that his gun was in the fanny pack, after consideration of the testimony of the Government's five witnesses and the evidence, both direct and circumstantial, and weighing the credibility of the witnesses, the Court finds that the Government has met its burden of proof, beyond a reasonable doubt, with regard to each and every element of the charge, and finds the Defendant GUILTY of possessing a firearm on Veteran's Administration property on November 27, 2006 in violation of 38 C.F.R. 1.218(b)(37) which prohibits "Possession of firearms, carried either openly or concealed, whether loaded or unloaded (except by Federal or State law enforcement officers on official business)."

Sentencing is set for March 6, 2007 at 1:00 PM.

The Defendant was advised of his right to appeal the verdict.

DATED this _____ day of February, 2007.

                                        BY THE COURT:

                                        s/Gudrun Rice
                                        _____
                                        Gudrun Rice
                                        United States Magistrate Judge