IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 07-po-00003-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARTINO WIDJAJA,

    Defendant.

## ORDER

    The Defendant, having been found guilty, after trial, of possession of a firearm on Veteran's Administration property, it is hereby ORDERED, on motion of the Government, that the Smith and Wesson semi-automatic 9 mm. weapon found in the Defendant's fanny pack and now in the possession of the officers of the VA Hospital be destroyed, together with the loaded magazine and ammunition found in the Defendant's fanny pack. Such destruction shall be stayed pending any appeal and until the judgment in this matter becomes final.

    DATED this 7th day of March, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge